# EXHIBIT 2



معتمد لدى وزارة العدل (قيد رقم : ٢٥٦)
Accredited at Ministry of Justice (Reg. No.256)
عربي - انجليزي - عربي
Arabic - English - Arabic

الأوائل للترجمة القانونية
AL AWAEL FOR LEGAL TRANSLATION

ترجمة مرسوم أميري صادر باللغة العربية
**English translation of Emiri Decree issued in Arabic**

## Government of Ras Al Khaimah

## Emiri Decree No. 5 of 2000

We , Saqr Bin Mohamed Bin Salim Al Qasimi , Ruler of Ras Al Khaimah & suburbs ,

having perused Article ( 1 ) of the establishment of the Free Zone Ras Al Khaimah issued on 01/05/2000 , and

based on the presentation offered to ourselves by the President of the Free Zone , and

by virtue of the public interest,

we  have decreed the following :

Article ( 1 )   The Board of Directors of the RAK Free Zone shall be appointed for Two years as follows :

1. H.H. Sheikh Faisal Bin Saqr Al Qasimi   Chairman
2. Mr. Mohamed Ahmed Al Kait   Member
3. Mr. Mohamed Ahmed Ruqait Al Ali   Member
4. Mr. Osama Al Omari   Member
5. Mr. John Megaon   Member

Article ( 2 )   The Board of Directors shall assume the following tasks and duties :

1. Applying and carrying out the policy of RAK Government as well as the general policy of the UAE Government pertaining to investments and practices of the Free Zone, and managing the same including the business basic rules , economic planning , legal principles , environment protection and safety of the Free Zone Financial interests.



I, the legal translator, duly licensed and sworn by the Ministry of Justice, do hereby certify that, the enclosed translation is correct to the best of my knowledge and belief.
أشهد أنا المترجم القانوني المرخص والمحلف من قبل وزارة العدل بأن الترجمة المرفقة صحيحة حسب أفضل ما أوتيت من علم واعتقاد.

Tel.: 07-2332168 - Fax: 07-2332169 - Mob. : 3721160 - P.O. Box: 31757 - Ras Al Khaimah - U.A.E.
Email : alawael_trans@hotmail.com

معتمد لدى وزارة العدل (قيد رقم : ٢٥٦)
Accredited at Ministry of Justice (Reg. No.256)
عربي – انجليزي – عربي
Arabic - English - Arabic

الأوائل للترجمة القانونية
AL AWAEL FOR LEGAL TRANSLATION

2. Setting of strategies and plans for development of the Free Zone three Parks (Industrial , Technological and business development) , and to supervise the effective application and evaluate such strategies and plans aiming to take the necessary procedures.

3. Making sure of the efficient application of investment motives in the three parks with concentration on the mutual long term interests , also variety of industrial and commercial effectiveness in addition to the services of administrative and technical support relating to the same.

4. To review and approve on the annual   plans and budgets of the three parks.

5. To evaluate and supervise the operations and achievements at the said parks within the quarterly review seeking to evaluate the Free Zone performance for fixing or amending the short and medium term objectives previously defined and the required measures for achievement of the same.

6. To authorize the powers of the Board of Directors to the Free Zone Authority in respect of all matters relating to planning and day-to-day operation including the development and execution of the approved plans , controlling the release of the relevant budgets , employment of the required manpower and to meet the requirements.

7. To annually submit to H.H. Ruler of Ras Al Khiamh or to the Crown Prince , Deputy Ruler reports covering the Free Zone operations including the Free Zone strategies and plans in addition to its comprehensive achievements and effectiveness.

Article ( 3 )       This Decree shall be effective as on the date hereof.

Saqr Bin Mohamed Bin Salim Al Qasimi
Ruler of Ras Al Khaimah & suburbs (signed)

Issued by ourselves on this 1ˢᵗ day of July 2000
corresponding to 29ᵗʰ of Rabiul Awal 1421 H.

I, the legal translator, duly licensed and sworn by the Ministry of Justice, do hereby certify that, the enclosed translation is correct to the best of my knowledge and belief.

أشهد أنا المترجم القانوني المرخص والمحلف من قبل وزارة العدل بأن الترجمة المرفقة صحيحة حسب أفضل ما أوتيت من علم واعتقاد

Tel : 07-2332168 - Fax: 07-2332169 - Mob. : 3721160 - P.O. Box: 31757 - Ras Al Khaimah - U.A.E.
Email : alawael_trans@hotmail.com