# EXHIBIT 3

Government of Ras Al Khaimah

Ruler's Court                                          [logo]

## Law No. 4 of 2013

## On Amending Ras Al Khaimah Free Zone Law of 2000

**We, Saud bin Saqr bin Mohammad Al Qasimi, Ruler of the Emirate of Ras Al Khaimah;**

Having perused Ras Al Khaimah Free Zone Law of 2000, as amended; and

As dictated by public interest;

Have promulgated the following law:

**Article (1)**          Article (6) of the Ras Al Khaimah Free Zone Law of 2000 shall be amended to read as follows:

Article (6) Carry out all works and activities performed by free zones including without limitation:

A. Establish, promote, develop, manage, organize and operate the free zone, and create utilities required therefor.

B. Own and/or establish and/or create and/or purchase and possess all types of projects and companies of various activities inside the United Arab Emirates and abroad, as well as free zone companies and offshore companies at any place, and register and enter the record of the same with the competent authorities.

C. Create branches or offices, or establish companies or other entities, and incorporate joint alliances with any person or company for the purpose of creating similar or relevant works to those of the Zone Authority or for the purpose of securing business on on going basis.

D. Own, acquire, manage, sell, lease, mortgage or other dispositions in relation to properties being movable or immovable.

E. Purchase or procure and build and maintain offices, workshops, factories, machinery, establishments and other necessary or appropriate objects for the business of the Free Zone and for achieving its objectives.

Government of Ras Al Khaimah

Ruler's Court                                    [logo]

    F.   The Free Zone shall have liberty to carry out all commercial, financial and industrial activities as well as all other activities pertaining directly or indirectly to the objectives of the Free Zone; and to conclude, execute and perform all types of contracts and legal obligations that might be necessary to or relevant thereto.

    G.   Subject to Government Lawsuits Law No. 4 of 2012 or any amendment thereof, the Free Zone may take any legal procedures and arbitration procedures, and defend and maintain the legal rights of the Free Zone in any place all over the world either by its own or by proxy, mandate or contracting either unilaterally or jointly with others, and to appoint experienced lawyers, advisors and arbitrators to achieve that objective.

**Article (2)**    The remaining articles of the Free Zone Law of 2000, as amended, shall remain effective without any change or amendment insofar as they do not contradict with the provisions of this Law.

**Article (3)**    This Law shall come into force as of the date of its issuance and shall be published in the Official Gazette.

[signature]

**Saud bin Saqr bin Mohammad Al Qasimi**

**Ruler of the Emirate of Ras Al Khaimah**

Promulgated by us on this day Twenty Eighth of Judmada Al-Akhira 1434 AH

Corresponding to the Eighth of May 2013 AD



TransPerfect Translations Ltd, 45 Moorfields, London EC2Y 9AE, a professional translation agency and international communications firm, is competent to translate from **Arabic** into **English**. We hereby certify that this translation is, to the best of our professional knowledge and belief, a faithful rendering of the following document:

**Law No  4 of 2013 on Amending Ras Al Khaimah Free Zone Law of 2000 (2).docx**

Signed:

TransPerfect Translations International, INC
Certified Legal Translation
Liberty House, Office 604
Dubai International Financial Centre
PO Box 506649, Dubai, UAE
Tel. +971 4 386 4988

Name: Yasmin Shawi Sanchez

Title: Senior Project Manager

Date: 14th August 2015