# EXHIBIT 4

# EMPLOYMENT CONTRACT

عقد عمل

This contract is made on the .....First..... day of ...April... 1998 between:

ابرم هذا العقد في هذا اليوم ..... الموافق ١ / ٤ / ١٩٩٨ فيما بين كل من :

R.A.K. FREE ZONE AUTHORITY, U.A.E. represented by ..Sh. Faisal. bin Saqr Al Qassimi. (hereinafter referred to as the First Party)

السادة/ سلطة المنطقة الحرة براس الخيمة ، دولة الإمارات العربية المتحدة، وتمثلسب السيد فيصل بن صقر القاسمي ( يشار اليه فيما بعد بالطرف الاول ) .

A N D

و

Mr... Oussama El Omari ........ holder of American...... Passport No:. **Redacted** (hereinafter referred to as the Second Party)

السيد /... اسامه العمري ........ حامل جواز سفر .. امريكي ..... رقم ..٤٨١٧٤٦ ويشار اليه فيما بعد بالطرف الثاني ).

IT IS HEREBY AGREED AS FOLLOWS:

تم الاتفاق على ما يلي :

1) EMPLOYMENT

١ ) التوظيف

The Second party has agreed to work for the First Party as Proj.& Mktg. Manager. or in a similar position as might be required by the First Party in the R.A.K. Free Zone area.

قبل الطرف الثاني ان يعمل لـدى الطـرف الاول بوظيفة مدير المشروع و التسويق او ايـة وظيفة مشابهة حسبما يريد الطرف الاول في المنطقة الحرة براس الخيمة .

## 2) BASIC SALARY & ALLOWANCES

A/ First Party shall pay Second Party a basic salary of AED ..12,000/- payable monthly in arrears.

B/ The Second Party shall receive such benefits as may be attached to his job in accordance with the rules and conditions agreed upon which at the present are as follows:

- Accommodation Allowance AED .....
- Furniture Allowance AED: ........
- Transport Allowance AED: Car provided
- Petrol Allowance AED        Dhs. 1,000/-
- Water, Electricity & Gas    Dhs.  500/-
  Allowance AED:................
- Education Allowance AED:... Dhs.  800/-
- Membership Allowance AED RAK Hotel
- Health Card Allowance AED: Dhs. 300/- yearly
- Insurance Allowance AED: Dhs. 300/- monthly
- House-maid Allowance AED
- Telephone Allowance AED ........... to the U.S.A.
- Air ticket Allowance AED For 3 members
- Seminars/Training/Workshops As required
  Allowance AED: ..........................
- Other allowance AED:.............

## 3) PERIOD OF THE CONTRACT: (UN-LIMITED)

The period of this contract is ....... Unlimited  commencing from 01 /04/1998 and ending on .  — /19. . This contract may be renewed for further period unless either party inform the other in writing of his wish not to renew the contract one month before the expiry date of the contract.

### 4) PROBATION PERIOD

The First Six months of employment shall be probationary. During this period either Party may terminate the contract without prior notice.

### 5) TERMINATION OF THE CONTRACT:

A/ The First Party shall have the right at any time prior to the expiry of the period of this contract at its absolute discretion, to terminate this contract provided it shall serve the Second Party with a notice in writing to this effect two months before.

B/ The First Party shall have the right to rescind this contract at any time without notice or compensation for any of the reason stipulated in Article(12) of the Labour Law No. 8 of 1980 and its amendments.

C/ The Second Party shall have the right to terminate this contract at any time before its expiry date providing he serves two months prior written notice.

### 6) CONFIDENTIALITY

The Second Party undertakes not to disclose any secrets or confidential information pertaining to the work of the First Party to any person, firm, and corporation, or keeps any official

ي) فترة اختبار

تعتبر فترة الاشهر الستة الاولى من التوظيف فترة تجريبية ، و يمكن لأي من الطرفين خلالها الغاء العقد بدون اشعار مسبق.

ه) الغاء العقد :

أ) يحق للطرف الأول وباختياره المطلق و بدون قيد او شرط و بأي وقت و لأي سبب الغاء هذا العقد قبل انقضاء مدته بشرط انذار الطرف الثاني بذلك قبل شهرين.

ب) يجوز للطرف الاول فسخ العقد في أي وقت و بدون توجيه انذار او تعويض في الحالات المنصوص عليها في المادة ( ١٢٠ ) من قانون العمل الاتحادي رقم ( ٨ ) لسنة ١٩٨٠ و التعديلات اللاحقة ..

ج) يحق للطرف الثاني الغاء العقد قبل انتهاء مدته بشرط انذار الطرف الاول كتابة قبل شهرين.

٦) السرية :

يتعهد الطرف الثاني بعدم افشاء الأسرار الخاصة بالعمل و التي يطلع عليها بحكم و ظيفته لأي شخص او شركة او مؤسسة او أي جهة اخرى او يحتفظ

document during or after the term of this contract.

## 7) EXCLUSIVITY

The Second Party shall not at any time during the term of this contract be entitled to work in any other job, occupation, with our without reward/ remuneration, even after normal working hours. The Second Party undertakes to perform all the written and oral instructions and orders issued by First Party, also the Second Party undertakes to dedicate all his efforts and time to the First Party's work.

## 8) WORKING HOURS:

Second Party's basic working hours will be ....... To ......., six days per week (Saturday through Thursday). Overtime working hours will be paid at the rate of the         of the basic salary per hour. In case of working on public holidays, the Second Party shall have an increase at the rate of         of the basic salary per hour.

## 9) ANNUAL LEAVE & HOLIDAYS

The Second Party shall be entitled to a paid Annual leave of 30 days and entitled to take the official holidays stipulated in Labour Law No. 8 of 1980 and its amendments.

٩) الإجازات و العطلات :

يستحق الطرف الثاني إجازة سنوية مدفوعة الراتب مدتها ثلاثون كما انه يستحق آخذ كـــل العطـــلات الرسمية المنصوص عليها في القانون الإتحادي رقــم ٨ لسنة ١٩٨٠ والتعديلات اللاحقة عليه.

## 10) END OF SERVICE GRATUITY

The Second Party upon completion of one or more years of continuous service shall be entitled to payment of a gratuity at the end of his service which shall be in accordance with Labour Law No. 8 of 1980 and its amendments. Nevertheless, Second Party shall not be entitled to the above mentioned gratuity if his service was terminated for any reasons mentioned in Article (139) of Labour Law No. 8 of 1980 and its amendments.

١٠) مكافأة نهاية الخدمة :

يستحق الطرف الثاني إذا أكمل مدة سنة او اكثر في الخدمة المستمرة ، مكافأة نهاية الخدمة عند انتــهاء خدمته و ذلك و فقا لاحكام قانون العمل رقم ٨ لسنة ١٩٨٠ و تعديلاته . و في جميع الاحوال لا يستحق الطرف الثاني المكافأة المذكورة اعلاه اذا كان انتهاء خدمته لأحد الاسباب المنصوص عليها بالمــــادة ١٣٩ من قانون العمل رقم ٨ لسنة ١٩٨٠ و تعديلاته .

## 11) FINAL AGREEMENT:

This contract is all what was agreed upon between the two parties. No alteration modification or interpretation hereof shall be binding unless it is in writing and signed by both parties hereto.

١١) الاتفاق النهائي

يشكل هذا العقد كامل الاتفاق بين الطرفين و لا يعتبر أي تغيير او تعديل او تفسير لهذا العقد ملزما ما لم يكن خطيا و موقعا من قبل الطرفين .

## 12) GOVERNING TEXT:

This contract is made in both English and Arabic. In the event that there should be any inconsistency between the two Texts, the Arabic text shall prevail.

## 13) LAW:

Any conditions of service which are not specifically provided herein, will be governed by the provisions of Labour Law No. 8 of 1980 and its amendments.

## 14) JURISDICTION:

Any claim or dispute arising out of this contract between the parties herein shall be under the jurisdiction of the R A K Civil courts.

IN WITNESS WHERE OF the parties have executed this contract on the day and year shown above.


(Sh. Faisal bin Saqr Al Qassimi)
Chairman

(Oussama El Omari)
Project & Marketing Manager