# EXHIBIT 6



## NEW SALARY PACKAGE CONFIRMATION

CONFIDENTIAL

Date: 1st May 2011

| | | | |
|---|---|---|---|
| Emp No.: | 22 | Grade: | G24 |
| Job Title: | CEO / Director General | Dept: | Executive Office |

To Mr. Oussama El Omari,

We are glad to inform you that your salary has been revised in line with your job responsibilities. Accordingly, your monthly salary has been increased effective **01.05.2011.**

| Salary and Allowances are in Dirham and per Month | | |
|---|---|---|
| **Salary Breakdown** | **Current** | **Proposed** |
| Basic Salary | 50,000.00 | 120,000.00 |
| Accommodation Allowance | Provided by RAK FTZA | Provided by RAK FTZA |
| Transportation Allowance | Provided by RAK FTZA | Provided by RAK FTZA |
| Social Allowance | - | - |
| Work Nature Allowance | 20,000.00 | - |
| **Total** | **70,000.00** | **120,000.00** |

We expect you to continue to represent the Free Zone in a professional manner and strive to achieve the organization and personal objectives.

All other terms and conditions mentioned in your contract remain unchanged.

With best regards,

HH Shaikh Faisal Bin Saqar Al Qassimi

Chairman RAK FTZA

Employee Signature

01/05/2011
Date

AS