# EXHIBIT 7



| JOB DESCRIPTION | Department: | Date: 5/AUG/ 2003 | Job No : FZ–JD/ 001 |
|---|---|---|---|
| | | Replaces: | Page: 1 of 5 |

**Job Title:** Director General/CEO

**Responsible to:**

| Number of Incumbents: 1 | Grade: |
|---|---|

### 1- PURPOSE OF THE JOB:

Supervising, monitoring, guiding, planning, implementing, organizing, coordinating and following up with all project activities and executive management in accordance to the policies of the Free Zones in general, and implementing policies, instructions and guidelines of the Board of Directors.

Determines the objectives and guidelines of planning, to train and develop employees and formulate committees to guarantee quality of the services provided by the RAK Free Zone

Efficiently delegates duties and activities of the Free Zone to all sections of the organizational structure; reducing expenses keeping in mind the quality requirements as per ISO 9001:2000, in order to administer services to clients and investors, general health and environment, with the advise of the Consulting Specialist, according to the strategic and short term planning requirements; executive, operational, marketing.

### 2- PRINCIPAL DUTIES AND RESPONSIBILITIES:

2. 1. Implements and monitors adherence to policies, instructions and guidelines of the Board of Directors and Free Zone Authorities, in relation to monitoring of departmental budgets, programs, purchasing procedures, fiscal and work flow systems. Analysis and suggests corrective measures for the above as and when required.



| Job Title: Director | Job No: FZ–JD/ 001 |
|---|---|
| General/CEO | Page: 2 of 5 |

## 2- PRINCIPAL DUTIES AND RESPONSIBILITIES:

2. 2. Suggests plans for annual budgets and the ways for its effective implementation in accordance to the marketing objectives, which includes advertising, promotions, public relations as put forward by the Board of Directors. Coordinates with the Section Heads for effective management of available Human Resources (Efficient Training) and Financial Resources.

2. 3. Supervises, guides, monitors, follows-up directly and through the Heads of the Departments, performance of all employees of RAKFZ, expenditure and accounting activities, incoming and outgoing documents, client files and other files, purchases and stores, visa applications, development of the different parks of the Free Zone, and makes sure that the procedures employed are correct and implemented effectively.

2. 4. Supervises the organization and implements the marketing program. Monitors weekly, monthly, quarterly working reports including financial budgets and determines the objectives in line with different sections and departments, and follows up with the executed activities to achieve the set objectives.

2. 5. Presents policies and guidelines of the Free Zone as agreed by the Board of Directors to the Heads of the Departments or acting Heads of the Departments, in terms of short and long term plans and execute it efficiently.

2. 6. Suggest tools and procedures to reduce expenditure and increase returns. Hold presentations (internal/external) with the help of employees, for the investors, public, media, press to show achievements and efficient services of the Free Zone. Attends meetings and conferences arranged for clients, official and media delegations.



**Job Title:** Director General/CEO | **Job No: FZ–JD/ 001**
--- | ---
 | **Page:**3 of 5

## 2- PRINCIPAL DUTIES AND RESPONSIBILITIES (Continued):

2. 7. Signs documents of importance such as agreements and contracts. Issues administrative orders, implements recruitment plan, purchasing plan, internal development as instructed by the Chairman and the Board of Directors. Represents the Free Zone to the external bodies and international committees according to the guidelines of Chairman of the Free Zone.

2. 8. Makes sure of the availability of office equipments and stationary requirements and other materials used, operational requirements and maintenance of different sites and sections of the Free Zone.

2. 9. Analyses the recommendations and suggestions of the Consultant and Section Heads of Planning, administration, finance, maintenance, and environment protection and put it as administrative orders or instructions for effective execution.

2. 10. Coordinates with the consultant in relation to constructions and maintenance that needs to be done at sites by inviting quotations, tenders and choosing the vendor /contractor with lowest cost, best quality compared to others.

2. 11. Guides and follows up the administrative services and employee matters in the Free Zone in order to prepare and develop the HR and execute them. Participates mainly in decision making of matters relating to recruitment, promotion, training, incentive schemes based on excellent performance (after taking all required agreements, as necessary).

2. 12. Provide annual reports, both figurative and analytical about the activities and achievements of the FZ and shortfalls with explanations on the corrective measures being taken to overcome the shortfalls in order to increase the efficiency and performance.

2. 13. Reviews and evaluates overall marketing operations and public relations exercises to rectify negative results and enhance positive aspects.

2. 14. Develops, coordinates, guides and observes the works and internal movements in the Free Zone.



| **Job Title:** Director General/CEO | **Job No:  FZ–JD/ 001** |
|---|---|
| | **Page:**4 of 5 |

## 2- PRINCIPAL DUTIES AND RESPONSIBILITIES (Continued):

2. 15. Executes rules and policies as per Free Zone law.

2. 16. Forms Committees for research on Free Zone related issues.

2. 17. Suggests innovative ideas and methods for encouraging and increasing exports out of the Free Zone.

2. 18. Encourages local investors to export related business with the help of international companies and organizations,   finds organizations dealing with local exports from the Free Zone.

2. 19. Determines the locally available resources and take help of international companies for investment opportunities and suggest them to the Free Zone investors.

2. 20. Illustrates the main indicators of the Free Zone activities in the annual report which explains the performance of the Free Zone and reason for shortfalls in achieving targets and corrective measures taken to avoid them.

2. 21. Prepares long-term and short term plans for the development of the Free Zone and to attract value added companies.

2. 22. Analyses the current situation of the Free Zone, determines the shortfalls that need administrative and technical assistance.

2. 23. Prepares working programs that specifies remedies to convert objectives into realities.

2. 24. Implements follow up programs after comparing the actual performance with the objectives.

2. 25. Follow up with responsible authorities to implement suggestions and recommendation of research and studies.

2. 26. Develop standards for measuring the performance of RAK Free Zone with other similar Free Zones.

2. 27. Ensures self-monitoring systems in all the sections and departments to administer and operate the Free Zone.

2. 28. Straightens and rectifies deviations from the set plans and objectives.

**FREE TRADE ZONE**

| Job       Title: | Director | Job No: FZ–JD/ 001 |
|------------------|----------|--------------------|
| General/CEO      |          | Page:5 of 5        |

## 2- PRINCIPAL DUTIES AND RESPONSIBILITIES (Continued):

2. 29. Suggest changes that improve efficiency, performance and production in the Free Zone according to the set objectives.

2. 30. Handles other tasks as required by the Board of Directors and the Chairman by the Free Zone .

| Prepared By: | Checked   By:   LEGAL DEPT. | Approved By: QMR |
|--------------|------------------------------|-------------------|
| Date: 5/08/2003 | Date: 5/08/2003 | Date: 5/08/2003 |