# EXHIBIT 8



OUSSAMA EL OMARI

- Home
- About Me
- Keynotes
- Expertise
- News Blog
- News Letters
- Awards
- Contact Us

Search…

Search…   GO

## ABOUT ME



 Oussama El Omari is the Ambassador of World Free Zone Convention and the Ex-CEO and Director General of Ras Al Khaimah Free Trade Zone Authority (RAK FTZ). Since the inception of the Free Zone in 1997, El Omari has been the driving force that has taken the vision of His Highness Sheikh Faisal Bin Saqr Al Qassimi, Chairman of RAK FTZ, and transformed it into reality, creating a thriving hub of global activity that is characterized by its pro-investment business environment. The growth of the Free Zone has been phenomenal under his stewardship; from 2006, RAK FTZ has been recognized as the "Best Emerging Free Zone" at the MELA awards as well as receiving recognition from different award giving bodies.

Trained at international schools in Morocco and France, El Omari holds a bachelors degree in Chemical Engineering, and an MBA from the U.S. His knowledge of world trade and global import/export trends has led him to chair the UAE Free Zone Round Table and has served as the Secretary General of the World Economic Processing Zone Association (WEPZA). El Omari has also shared his wealth of knowledge and expertise by speaking at free zone conferences in Europe, USA, Middle East and North Africa.

A charismatic and tireless leader, El Omari sets the tone for the Free Zone, both in word and action. Having worked in industries around the world, he possesses a unique blend of experience in international marketing and industry development. Utilizing this expertise, he has developed the RAK FTZ as a unique three-park concept, which caters to customers in the industrial, business, education and technology segments. He successfully established business parks in Ras Al Khaimah, and spear headed the international liaison offices in India, Turkey, Germany and USA to promote RAK FTZ business globally and ensure that the zone remains ahead of its competitors.

His commitment not just in the development of the RAK FTZ but to the growth of the emirate has been instrumental in bringing major projects and investments to Ras Al Khaimah. He is also active in the educational development of Ras Al Khaimah, serving on the board of the Higher Colleges of Technology RAK Committee.

CONNECT **FACEBOOK**



λευκαδα δωματια

IMAGE **GALLERY**











GET IN **TOUCH!**

Adress: PO. Box 16171, Ras Al Khaimah, UAE

E-mail: ceo@oussamaelomari.com

Tel: +971 7 2041403

Email:
Name:
Message:

Send