# EXHIBIT 9

| | |
|---|---|
| **From:** | Oussama El Omari <IMCEAEX-s@eurprd01.prod.exchangelabs.com> |
| **Sent:** | Saturday, May 19, 2012 7:33 PM |
| **To:** | Salem Al Sharhan. |
| **Cc:** | Executive Office; Maryam Al Murshedi |
| **Subject:** | Urgent Leave! |

Dear Salem,

I received your e-mail, Thank you.

As Indicated to you in my previous e-mail letter that my leave was an emergency leave for family reasons and I shall be able to return by the end of the month should the situation improved. As per your request we have recently issued an order Memo to all HODs and staff members clarifying the Deputy availability of all management tasks during my absence. I would also would like to inform you that the Deputy/HODs/Investors are all in contact with me sometimes on daily basis for all the issues that require my direction & attention.    Furthermore, please feel free to contact me anytime should you need any support or clarifications regarding the free zone matters.

Thank you for your cooperation & understanding
Warm regards,


Oussama El Omari | CEO/ Director General
Ras Al Khaimah Free Trade Zone Authority - Government of Ras Al Khaimah
Tel.: +971 7 2041070 | Fax: +971 7 2041192
Email: o.elomari@rakftz.com | Website: www.rakftz.com
Follow RAK FTZ on: Twitter - Facebook - LinkedIn - YouTube

The information in this email and any attachments thereto, may contain information that is confidential, protected by intellectual property rights, and may be legally privileged. It is intended solely for the addressee(s) (or responsible for delivery of the message to such person). Access to this email by anyone else is unauthorized. Any use, disclosure, copying, or distribution of the information contained herein by persons other than the designated addressee is unauthorized and unlawful. If you are not the intended recipient, you should delete this message immediately from your system. If you believe that you have received this email in error, please contact the sender or RAKFTZA at + 971 (7) 204 1111 or info@rakftz.com . Any views expressed in this email or its attachments are those of the individual sender, except where the sender expressly and with authority, states them to be the views of RAKFTZA. E-mail transmission cannot be guaranteed, to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or

contain viruses. However, it is the responsibility of the recipient to
ensure that it is virus free and sender / RAKFTZA cannot accept liability
for any damage, which you may sustain as a result of software viruses,
delays in transmission and improper or incomplete transmission.
Please consider the environment before printing this e-mail.


-----Original Message-----
From: ssharhan@emirates.net.ae [mailto:ssharhan@emirates.net.ae] On Behalf
Of Salem Al Sharhan.
Sent: Thursday, May 17, 2012 4:35 PM
To: Oussama El Omari
Subject:

Dear Oussama,

Due to necessary requirements, please arrange to return to duty as soon as
possible.
Please confirm the date of your return.

Regards,

Salem Al Sharhan
Advisor to HH the Ruler of RAK



Sent from my iPad

2