# EXHIBIT 10

| | |
|---|---|
| **From:** | ssharhan@emirates.net.ae <IMCEAEX-h@eurprd01.prod.exchangelabs.com> on behalf of Salem Al Sharhan.  <IMCEAEX-l@eurprd01.prod.exchangelabs.com> |
| **Sent:** | Wednesday, May 30, 2012 12:00 AM |
| **To:** | Oussama El Omari |
| **Cc:** | His Highness Sheikh Faisal Bin Saqr Al Qassimi; Maryam Al Murshedi; Executive Office |
| **Subject:** | Re: Disapproval of your letter |

Dear Oussama,

The termination of your service was approved by H.H. The Ruler of RAK.

Regards,

Salem al sharhan

Sent from my iPad

On May 29, 2012, at 5:06 AM, Oussama El Omari <o.elomari@rakftz.com> wrote:

> Dear Salem:
>
> I deeply regret to inform you that your letter has been disapproved by H.H Sh. Faisal as the Chairman of the Free Zone Authority. He asked me to send you this letter in order to express his deep disappointment with your impulsive act which does not go according to the agency hierarchy. Therefore, the instruction is clearly indicating that I am the chief executive officer of the Free Zone Authority unless otherwise instructed by the Chairman or Higher Authority. Please let me know if you have any question or require further clarifications.
>
> Regards,
>
>
> <image001.jpg>
>
>
> **Oussama El Omari** | CEO/ Director General
> Ras Al Khaimah Free Trade Zone Authority - Government of Ras Al Krhaimah
> Tel.: +971 7 2041070 | Fax: +971 7 2041192
> Email: o.elomari@rakftz.com | Website: www.rakftz.com
>
> Follow RAK FTZ on: Twitter - Facebook - LinkedIn - YouTube

The information in this email and any attachments thereto, may contain information that is confidential, protected by intellectual property rights, and may be legally privileged. It is intended solely for the addressee(s) (or responsible for delivery of the message to such person). Access to this email by anyone else is unauthorized. Any use, disclosure, copying, or distribution of the information contained herein by persons other than the designated addressee is unauthorized and unlawful. If you are not the intended recipient, you should delete this message immediately from your system. If you believe that you have received this email in error, please contact the sender or RAKFTZA at + 971 (7) 204 1111 or info@rakftz.com . Any views expressed in this email or its attachments are those of the individual sender, except where the sender expressly and with authority, states them to be the views of RAKFTZA. E-mail transmission cannot be guaranteed, to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. However, it is the responsibility of the recipient to ensure that it is virus free and sender / RAKFTZA cannot accept liability for any damage, which you may sustain as a result of software viruses, delays in transmission and improper or incomplete transmission.

Please consider the environment before printing this e-mail.

---

**From:** ssharhan@emirates.net.ae [mailto:ssharhan@emirates.net.ae] **On Behalf Of** Salem Al Sharhan.
**Sent:** Monday, May 28, 2012 5:23 PM
**To:** Oussama El Omari
**Subject:** Fwd: [no subject]


Sent from my iPad


Begin forwarded message:

> **From:** "SALEM ALI ABDULLA SAEED ALSHARHAN (saaaalem)" <ssharhan@emirates.net.ae>
> **Date:** May 28, 2012 2:14:31 PM GMT+04:00
> **To:** ssharhan@eim.ae
> **Subject: [no subject]**

2



Mr. Oussama Al Omari

Termination of service

Due to the re-structuring of RAKFTZ, we regret to inform you that it has been decided to terminate your service with RAKFTZ. Your last working date will be 30/6/2012.

We would like to take this opportunity to thank you for the efforts exerted by you during your service in RAKFTZ.

Regards,

Salem Ali Al Sharhan

Advisor to H.H. The Ruler of RAK