# EXHIBIT 11

| End of Service calculations - Mr. Oussama | | |
|---|---|---|
| DOJ: | 22/03/1997 | |
| Termination Date: | 30/05/2012 | |
| Period of service | 15 years, 3 months, and 8 days | |
| Monthly Salary (AED): | 120,000.00 | |
| Basic Salary (AED): | 120,000.00 | |
| **Period** | **# of days** | **Amount** |
| Remuneration for the first 3 yrs | 63 | 248,547.95 |
| Remuneration for the 12 yrs | 360 | 1,420,273.97 |
| Remuneration for the 3 months | 7.5 | 29,589.04 |
| Remuneration for the 9 days | 0.75 | 2,958.90 |
| **Total amount for Remuneration** | | **1,701,369.86** |

| Other Addition (if any) | Amount |
|---|---|
| Quarter bonus amount  (AED): | 75,000.00 |
| Notice Period (June Salary) | 120,000.00 |
| Ex-gratia ( 3 months) | 360,000.00 |
| **Total** | **555,000.00** |

| Other Deductions (if any) | |
|---|---|
| LEXUS ES350 ( Car in U.S) | (102,565.00) |
| Amount paid in June 12 | (70,000.00) |
| **Total** | **(172,565.00)** |
| **G. Total** | **2,083,804.86** |

| Other Recommendations | |
|---|---|
| Visa Validity | Already Cancelled |
| FTZ Accomodation | Until end of the contract (31/12/2012) |
| FTZ Car ( Range Rover) | To be Gifted |

Approved by:

RAK
FREE TRADE ZONE
هيئة المنطقة الحرة برأس الخيمة
Government of RAK - UAE
Human Resource Department
قسم الموارد البشرية