# EXHIBIT 12

Ras Al Khaimah Free Trade Zone Authority

Tel: +971 7 2041111
Fax: +971 7 2280482
P.O. Box: 10055
Ras Al Khaimah, UAE

هـيـئـة المـنـطـقـة الـحـرة بـرأس الـخيـمـة

هاتف: +971 7 2041111
فاكس: +971 7 2280482
صندوق بريد: 10055
رأس الخيمة، الامارات العربية المتحدة

# PAYMENT VOUCHER

CPV: **17519**

Payment Doc No.

Date: 25.09.2012

Subject of Payment: Payment for the End of service

Paid to: Oussam El Omari

Cheque No: _____

Bank: ENBD

Amount: 2,083,804.86

Receiver's Sign: for Mr. Oussam [signature]

| Doc No. | Description | LPO No. | Amount |
|---|---|---|---|
| | | | 2,083,804.86 |
| **Total:** | AED: Two Million Eighty Three Thousand Eight Hundred Four & Fils Eighty Six Only | | 2,083,804.86 |

[signature] Chairman    [signature] CEO / DDG    [signature] Finance Director    [signature] Supervisor AP/ Purchase