# EXHIBIT 13

**Emirates NBD** / بنك الإمارات دبي الوطني

RAS AL KHAIMAH CORNICHE BR

Date: 25-09-2012

Pay against this cheque OUSSAM EL OMARI or bearer

Dirhams TWO MILLION EIGHTY-THREE THOUSAND EIGHT HUNDRED FOUR AND FILS EIGHTY-SIX ONLY.

AED *********2,083,804.86

RAK BUSINESSMEN CENTRE
A/C No. 101 22948570 01
IBAN: AE24 0260 0010 1229 4857 001

Signature(s)
Please do not write below this line

⑈000524⑈ 40 2660 190⑈ 22948 5700 ⑈