# EXHIBIT 18



Government of Ras Al Khaimah


النيابة العامة
Public Prosecution

# INTERNATIONAL WARRANT OF ARREST

In the case No.   1625-2014   Felony -  Ras Al Khaimah

| Public Prosecution | Ras Al Khaimah Public Prosecution |
|---|---|
| Date | 8/2/2015 |

We counselor / Mohamed Abdullattif  Safwat

Order to arrest and bring the accused mentioned below and chase him locally and internationally:

| Details of the accused person | | | |
|---|---|---|---|
| Name | OUSAM EL OMARI | | |
| Name in Arabic | أوسام العمري | | |
| Nicknames | --- | Gender | Male |
| Nationality | American | Place of birth | Morocco |
| Date of Birth | 4-9-1962 | Mother's Name | Fatimaa |
| Profession | Director General of Ras Al Khaimah free trade zone . | Characteristics | --- |
| Passport No. | **Redacted** | Date of Issue | 16/11/2006 |
| Place of Issue | United States | Date of Expiry | 15/11/2016 |
| U.I.D No. | **Redacted** | Other details | Age 53 |

( Stamped by the seal of the Chief of the International Co-operation Department , Ras Al Khaimah Government  )



1

 Government of Ras Al Khaimah

 Public Prosecution

| Address | |
|---|---|
| In the U.A.E | U.A.E - Ras Al Khaimah Emirate – Dubai Emirate - Abu Dhabi Emirate |
| Outside the country | None. |

( Stamped by the seal of the Chief of the International Co-operation Department , Ras Al Khaimah Government )

Signed by the Chief of the International Co-operation Department

| Details of the case | |
|---|---|
| Case No. | 1625/2014 felony , Ras Al Khaimah |
| Requesting Authority | Ras Al Khaimah Government, Public Prosecution Department . |
| Crime | Embezzles money and takes advantage of his position . |
| Time | Prior to Apr 28, 2014 |
| Place | Ras Al Khaimah Emirate |
| Facts | It is reported by **Mr. Tarek Saeed Saif Al Shamsi** , the representative of Ras Al Khaimah Free Trade Zone Authority ,that ; the accused **Mr. Ousam El Omari** , in his capacity as the director general of Ras Al Khaimah Free Trade Zone Authority , rented premises for the benefit of the said Authority, located outside the borders of the Free Trade Zone , in order to run it as a hotel violating his authorities.<br><br>On April 26,2004 , a Creek Plaza Corporation was established , its administration is run by the said accused , and an agreement was signed involving that , the said Authority shall invest the commercial license for AED 10.000 ( Ten Thousands UAE Dirhams ) annually , to be paid to the license's owner .<br><br>The said accused established the premises to be run as an hotel with the money of the authority , later a corporate was established to invest in the hotel for AED 1.100.000 |

( Stamped by the seal of the Chief of the International Co-operation Department , Ras Al Khaimah Government )

2

حكومة رأس الخيمة
Government of Ras Al Khaimah



النيابة العامة
Public Prosecution

|  | ( One Million, One Hundred thousands UAE Dirhams ) to be paid to the said authority , during this time the said accused managed to intentionally damage and seize for himself the properties and money of Ras Al Khaimah RAK Free Trade Zone Authority with amount of more than AED 6.468.878 ( Six Million, Four Hundred Sixty Eight Thousands , and Eight Hundred seventy Eight UAE Dirhams ) in accordance with the accountant report attached to the lawsuit . |
|---|---|
| **Applied laws** | Article 224/1 , 225 of The Federal Penal law No. 3 for 1987 |
| **Case Status** | Sentenced |
| **Issued Sentence** | Sentenced in absentia for three years in prison . |
| **Sentence's date** | 29/10/2014 |
| **Court** | Ras Al Khaimah criminal court |
| **Attachments** | Passport copy of the accused . |
| **Counselor in charge** | **Mohamed Abdullattif Safwat** |
| **Position** | Chief of the International Co-operation Department |
| **Signature** | Signed & Stamped by the seal of the Chief of the International Co-operation Department , Ras Al Khaimah Government |

Translated by Saad Tolba the sworn translator of the Ras Al Khaimah Courts Dep.

Signature

Stamped by the seal of the translation section

3