UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OUSSAMA EL OMARI, an individual and United States Citizen residing in the State of North Carolina,<br><br>    Plaintiff,<br><br> -against-<br><br>RAS AL KHAIMAH FREE TRADE ZONE AUTHORITY, a/k/a R.A.K. FREE TRADE ZONE AUTHORITY, a/k/a RAKFTZA, a corporation organized under the laws of Ras Al Khaimah, United Arab Emirates,<br><br>KREAB (USA) INC., a corporation organized under the laws of the State of New York,<br><br>SHEIKH SAUD BIN SAQR AL QASIMI, an individual and United Arab Emirates Citizen, residing in the United Arab Emirates, and Emir of Ras Al Khaimah, United Arab Emirates, sued in his individual, and official capacity, and<br><br>THE ARKIN GROUP LLC, a limited liability company organized under the laws of the State of New York,<br><br>    Defendants. | Case No.: 1:16-cv-3895 (NRB) (SN)<br><br>**ORAL ARGUMENT REQUESTED**<br><br>**NOTICE OF DEFENDANT KREAB (USA) INC.'S MOTION TO DISMISS THE SECOND AMENDED COMPLAINT** |

  PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendant Kreab (USA) Inc.'s Motion to Dismiss the Second Amended Complaint, and all the pleadings and proceedings herein, Defendant Kreab (USA) Inc., through its undersigned counsel, will move this Court before the Honorable Naomi R. Buchwald, United States District Judge for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse

located at 500 Pearl St., Courtroom 21A, New York, New York 10007-1312, at a date and time as the Court may direct, for an order, pursuant to Fed. R. Civ. P. 12(b)(6) of the Federal Rules of Civil Procedure, dismissing the Second Amended Complaint in the above-referenced action for failure to state a claim, with prejudice and without leave to amend, and for other and further relief as this Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Stipulation ordered by the Court on October 24, 2016, Plaintiff Oussama El Omari's opposing papers, if any, shall be served on or before December 2, 2016, and Defendant Kreab (USA) Inc.'s reply papers, if any, shall be served on or before December 20, 2016.

Dated: October 28, 2016
       New York, New York

DAVIS & GILBERT LLP

/s/ James R. Levine
James R. Levine (jlevine@dglaw.com)
Claudia G. Cohen (ccohen@dglaw.com)
1740 Broadway
New York, New York 10019
Tel:  (212) 468-4800
Fax:  (212) 621-0938

*Attorneys for Defendant Kreab (USA) Inc.*

To: MOORE INTERNATIONAL LAW PLLC
    Scott Michael Moore
    Rockefeller Center
    45 Rockefeller Plaza, 20th Floor
    New York, New York 10111
    (212) 332-3474
    smm@milopc.com

    *Attorneys for Plaintiff Oussama El Omari*

DECHERT LLP
Linda C. Goldstein
1095 Avenue of the Americas
New York, New York 10036
(212) 698-3817
linda.goldstein@dechert.com

*Attorneys for Defendants Ras Al Khaimah Free Trade Zone Authority and Sheikh Saud bin Saqr Al Qasimi*

GORDON & REES LLP
Mercedes Colwin
One Battery Park Plaza, 28th Floor
New York, New York 10004
(212) 453-0702
mcolwin@gordonrees.com

*Attorneys for Defendant The Arkin Group*