```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/19/17
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
OUSSAMA EL OMARI,

           Plaintiff,

    - against -

RAS AL KHAIMAH FREE TRADE ZONE
AUTHORITY, a/k/a R.A.K. FREE TRADE
ZONE AUTHORITY, a/k/a RAKFTZA, KREAB
(USA) INC., SHEIKH SAUD BIN SAQR AL
QASIMI, and THE ARKIN GROUP LLC

           Defendants.
----------------------------------------X

O R D E R

16 Civ. 3895 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    The parties' letters of July 19, 2017 reveal scheduling challenges often faced in the summer months. As of the current state of the Court's preparation, oral argument does not appear to be necessary. Accordingly, the Court's Order of July 17, 2017 scheduling oral argument for August 2, 2017 is withdrawn. Should the Court conclude as it continues its consideration of the pending motions that oral argument is indeed necessary, another scheduling effort will be made.

    **SO ORDERED.**

Dated:    New York, New York
            July 19, 2017

                                      NAOMI REICE BUCHWALD
                                      UNITED STATES DISTRICT JUDGE