```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/22/17
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
OUSSAMA EL OMARI,
                       Plaintiff,
     -against-

16 CIVIL 3895 (NRB)

## JUDGMENT

RAS AL KHAIMAH FREE TRADE ZONE
AUTHORITY, a/k/a R.A.K. FREE TRADE
ZONE AUTHORITY, a/k/a RAKFTZA, KREAB
(USA) INC., SHEIKH SAUD BIN SAQR AL
QASIMI, and THE ARKIN GROUP LLC,
                       Defendants.
-------------------------------------------------------------X

     Defendants having moved to dismiss on various grounds. Defendant The Arkin Group LLC ("TAG") also moves for sanctions against El Omari and his counsel. El Omari, in turn, cross-moves for sanctions against TAG, its principal (Stanley Arkin), and its counsel. El Omari also requests leave to amend his complaint a third time, and the matter having come before the Honorable Naomi Reice Buchwald, United States District Judge, and the Court, on August 18, 2017, having rendered its Memorandum and Order granting Defendants' motion to dismiss with prejudice, and denying Plaintiff's request for leave to amend with prejudice; denying TAG's motion for sanctions and denying Plaintiff's cross-motion for sanctions; and directing the Clerk of Court to terminate the case, it is,

     **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated August 18, 2017, Defendants' motions to dismiss are granted with prejudice, and Plaintiff's requests for leave to amend are denied with prejudice. TAG's motion for sanctions is denied, and Plaintiff's cross-motion for sanctions is denied; accordingly, the case is closed.

**Dated:**  New York, New York
          August 22, 2017

                                                                **RUBY J. KRAJICK**
                                                                    **Clerk of Court**
                                   **BY:**  _____
                                                                   **Deputy Clerk**